## APPEALS ACCEPTED FOR REVIEW

**2009–1682.  Naples v. State.**
Trumbull App. No. 2008–T–0092, 2009-Ohio-3938. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; cause consolidated with 2009–2026, *Naples v. State,* Trumbull App. No. 2008–T–0092, 2009-Ohio-3938; and briefing schedule stayed.
    PFEIFER, J., dissents.

**2009–1716.  State v. Irvin.**
Ross App. No. 08CA3056, 2009-Ohio-4181. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.
    MOYER, C.J., would accept the appeal only on Proposition of Law No. II.
    O'CONNOR and LANZINGER, JJ., dissent.

**2009–1797.  Bertram v. State.**
Lake App. No. 2008–L–037, 2009-Ohio-5210. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1798.  Thomas v. State.**
Lake App. No. 2008–L–026, 2009-Ohio-5209. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1799.  State v. Bache.**
Lake App. No. 2008–L–061, 2009-Ohio-5211. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1816.  Hudson v. Petrosurance, Inc.**
Franklin App. No. 08AP–1030, 2009-Ohio-4307.
    O'CONNOR, O'DONNELL, and CUPP, JJ., dissent.

**2009–1827.  State v. Grate.**
Trumbull App. No. 2008–T–0058, 2009-Ohio-4452. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; cause consolidated with 2009–2027, *State v. Grate,* Trumbull App. No. 2008–T–0058, 2009-Ohio-4452; and briefing schedule stayed.
    PFEIFER, J., dissents.

**2009–1878.  State v. Hamilton.**
Montgomery App. No. 22895, 2009-Ohio-4602. Discretionary appeal accepted and cause consolidated with 2009–1958, *State v. Hamilton,* Montgomery App. No. 22895, 2009-Ohio-4602.
    PFEIFER, J., dissents.

**2009–1953.  Fischbach v. Mercuri.**
Montgomery App. No. 23188, 2009-Ohio-4790. Discretionary appeal accepted and cause consolidated with 2009–2053, *Fischbach v. Mercuri,* Montgomery App. No. 23188, 2009-Ohio-4790.
    PFEIFER and O'DONNELL, JJ., dissent.